AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Kay Watson

V.

Alabama Board of Pardons and Paroles, and
Cynthia S. Dillard, Executive Director

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-794-MHT

TO: (Name and address of Defendant)

Alabama Board of Pardons and Paroles
Gregory O. Griffin, Sr., Chief Counsel
301 S. Ripley Street
Montgomery, Alabama 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lindsay B. Erwin
Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, GA 31094

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              9/6/07

CLERK                                                           DATE

(By) DEPUTY CLERK

̀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Kay Watson

V.

Alabama Board of Pardons and Paroles, and
Cynthia S. Dillard, Executive Director

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-794-MHT

TO: (Name and address of Defendant)

Cynthia S. Dillard, Executive Director
Alabama Board of Pardons and Paroles
301 S. Ripley Street
Montgomery, Alabama 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lindsay B. Erwin
Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, GA 31094

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9/6/07

_____            _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK