| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Cornell Lory*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9/7/07 |
| 1. Article Addressed to:<br><br>**Alabama Board of Pardons and Parole**<br>**c/o Gregory O. Griffin, Sr**<br>**301 S. Ripley St**<br>**Montgomery, AL 36130** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv794 svc<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)   7003 1680 0004 8444 0487 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Cornell Lory*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9/7/07 |
| 1. Article Addressed to:<br><br>Cynthia S. Dillard<br>Executive Director<br>Alabama Board of Pardons + Paroles<br>301 S. Ripley St<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv794 svc<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)   7003 1680 0004 8444 0470 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540