IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson,<br>　　Petitioner,<br><br>　　　　Vs.<br><br>Alabama Board of Pardons<br>And Paroles and Cynthia<br>Dillard,<br>　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Case # 2:07-CV-794<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT**

Comes now the Alabama Board of Pardons and Paroles and its Executive Director, Cynthia Dillard, and moves the Court for a 30-day enlargement of time to file its answer and submits the following in support thereof:

1. Respondent seeks this enlargement to allow time to secure affidavits in support of its answer.

2. Respondent has requested records from the Northeast Alabama Police Academy to support its response and those records have not yet been tendered.

3. Petitioner will not be prejudiced by a short delay.

4. This extension is sought in good-faith and necessary to adequately respond to Petitioner's complaint.

5. If granted, this enlargement would make the Respondent's answer due Oct. 27th, 2007.

    Respectfully submitted,

    TROY KING.
    ATTORNEY GENERAL
    KIN047

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL
    GRI026

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Fax: (334) 353-4423
    Steve.Sirmon@alabpp.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

**Kay Watson**
**c/o  Lindsey B. Erwin**
**Meacham, Earley & Flower, P.C.,**
**5704 Veterans Parkway Columbus, GA  31094**

Done this 26th  day of September,  2007.

Respectfully submitted,

```
s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov
```