IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAY WATSON,                        )
                                   )
    Plaintiff,                     )
                                   )       CIVIL ACTION NO.
    v.                             )        2:07cv794-MHT
                                   )
ALABAMA BOARD OF PARDONS           )
AND PAROLES and CYNTHIA            )
S. DILLARD, Executive              )
Director, in her official          )
capacity,                          )
                                   )
    Defendants.                    )
```

ORDER

It is ORDERED that the motion for enlargement of time (Doc. No. 4) is granted.

DONE, this the 27th day of September, 2007.

                                                    /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE