IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00794-MHT |
| | ) |
| Ala. Bd. Of Pardons and Paroles, et. al., | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kay Watson, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] **This party is an individual, or**

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Kay Watson | an individual |

 Oct. 9, 2007                               /s/ Lindsay B. Erwin
         Date                                      Counsel Signature

                                                       Kay Watson
                                                Counsel for (print names of all parties)

                                                5704 Veterans Parkway
                                                Columbus, Georgia  31904
                                                Address, City, State Zip Code

                                                 (706) 576-4064
                                                Telephone Number

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Lindsay B. Erwin, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, Postage Pre-paid, and electronic service on this ___9th___ day of ___October___ 20_07_, to:

Steven M. Sirmon, 301 South Ripley Street, Montgomery, Alabama 36130

_____

_____

_____

_____

_____

| October 9, 2007 | /s/ Lindsay B. Erwin |
|---|---|
| Date | Signature |