IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 2:07CV794-MHT |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, AND ) | |
| CYNTHIA DILLARD, ) | |
|     Defendants. ) | |

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, by and through her attorney of record, Lindsay B. Erwin, and does show unto this Honorable Court the following:

1. The Defendants filed their Motion to Dismiss or alternatively Motion for Summary Judgment **without** an accompanying brief containing its legal argument on the 19th of February, 2008.

2. This Honorable Court ordered on the 20th of February all responses were to be submitted on or before the 13th of March, 2008 to be determined without oral arguments.

3. The actual brief in support of Defendants' Motion for Summary Judgment was not actually filed with this Court nor was counsel for Plaintiff aware of the legal arguments the Defendants were asserting until the actual filing of the brief in support of the motion on the 27th of February, 2008.

4. Counsel for Plaintiff has contacted counsel for Defendant, and counsel has no objection to a short continuance for filing its response.

WHEREFORE, ABOVE PREMISES CONSIDERED, Plaintiff moves this Honorable Court to extend the submission of the Plaintiff in response to Defendants' Motion to Dismiss or in the alternative Summary Judgment for six days, March 21, 2008 to allow Plaintiff more time in which to properly respond.

Respectfully submitted,

//s// Lindsay B. Erwin
Lindsay B. Erwin
ASB-5299-Y59E
Attorney for Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, Georgia 31904
(706) 576-4064

## CERTIFICATE OF SERVICE

     I hereby certify that on the __11__ day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

          Steve M. Sirmon
          Assistant Attorney General
          P.O. Box 302405
          Montgomery, Alabama  36130


          //s// Lindsay B. Erwin
          OF COUNSEL