**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 12, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Watson v. Alabama Board of Pardon & Paroles et al

Case Number:    2:07-cv-00794-MHT

Referenced Pleading:    Motion for Extension of Time

Docket Entry Number:    16

The referenced pleading was filed on \*\*\*March 11, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.  This pleading was E-filed by counsel and counsel e-filed a corrected pleading without contacting the Clerk's Office for proper correction.

Docket Entry 16 was an erroneous docket entry.   Parties are instructed to disregard #16 docketing entry and refer to docket entry # 17 for correct entry by the e-filer.