IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAY WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv794-MHT |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES and CYNTHIA | ) | |
| S. DILLARD, Executive | ) | |
| Director, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 17) is granted.

(2) The motion to dismiss and alternative motion for summary judgment (Doc. No. 13) are reset for submission, without oral argument, on March 21, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 13th day of March, 2008.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE