IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON, ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION FILE |
| ) | |
| ALABAMA BOARD OF PARDONS ) | NO. 2:07-CV-794-MHT |
| AND PAROLES and CYNTHIA ) | |
| S. DILLARD, Executive Director, ) | |
| in her official capacity, ) | |
|     DEFENDANTS. ) | |

NOTICE OF SETTLEMENT CONFERENCE AND MEDIATION

Come now the parties and, pursuant to the Court's November 26, 2007 Uniform Scheduling Order, state as follows:

1. The parties have engaged in settlement negotiations and are continuing to exchange documents, offers and demands.

2. The parties advise the Court that there is no possibility for settlement of this case at this time.

3. Further, while the Plaintiff believes that mediation will assist in resolving this matter, the Defendants do not agree and believe that mediation would be futile.

Counsel for Plaintiff attests that Steven M. Sirmon has agreed to the foregoing statements and has authorized the execution and electronic filing of same on his behalf.

Respectfully submitted this 18th day of March, 2008.

| | |
|---|---|
| __/s/ Lindsay B. Erwin_____ | _/s/ Steven M. Sirmon_____ |
| Lindsay B. Erwin, ASB-5299-y59e | Steven M. Sirmon, ASB-5949-s61s |
| Meacham, Earley, Fowler & Andress | Assistant Attorney General |
| 1912 Opelika Road | P.O. Box 302405 |
| Phenix City, Alabama  36867 | Montgomery, Alabama  36130 |
| Tel:  (334) 448-6217 | Tel: (334) 242-8700 |
| Fax:  (334) 448-5785 | Fax: (334) 353-4423 |
| lerwin@mejlaw.net | Steve.Sirmon@alabpp.gov |

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Notice of Settlement Converence and Mediation* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to Steve M. Sirmon (Steve.Sirmon@alapp.gov) on this the 18th day of March, 2008.

    /s/ Lindsay B. Erwin
Lindsay B. Erwin, ASB-5299-y59e
Meacham, Earley, Fowler & Andress
1912 Opelika Road
Phenix City, Alabama  36867
Tel:  (334) 448-6217
Fax:  (334) 448-5785
lerwin@mejlaw.net