IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson,<br>    Petitioner, | )<br>)<br>)<br>)<br>) |
| Vs. | )  Case # 2:07-CV-794- MHT |
| Alabama Board of Pardons<br>And Paroles and Cynthia<br>Dillard,<br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) |

**MOTION TO STAY DISCOVERY**

Come now the Alabama Board of Pardons and Paroles (hereafter "the Board") and its Executive Director, Cynthia Dillard (hereafter "Ms. Dillard"), moving the Court to "stay the discovery" in this case pending the Court's ruling on the Board' Motion for Summary Judgment. The Board submits the following in support thereof:

1. Plaintiff seeks monetary damages concerning her claims listed in her complaint. In passing the Age Discrimination and Employment Act (ADEA), Congress did *not* abrogate States' Eleventh Amendment Immunity from suit by private individuals. *Kimel v. Florida Board of Regents et al., 528 U.S. 62 (2000); Raygor v. Regents*

1

*of the University of Minnesota,* 534 U.S. 533 (2002). Plaintiff is barred from bringing an ADEA action against the State for monetary damages. Respondents are entitled to have claims for monetary damages dismissed pursuant to *Rule 12(b)(6), Fed.R.Civ.Proc.* for failing to state a claim upon which relief may be granted. In the alternative, Respondents are entitled to summary judgment as a matter of law, pursuant to *Rule 56, Fed.R.Civ.Proc..*

2. Cynthia Dillard, Executive Director of the Alabama Board of Pardons and Paroles, in her official capacity, is entitled to Eleventh Amendment immunity where money damages are sought. This is in effect a suit against the State of Alabama. See *Alabama v. Pugh,* 438 U.S. 781, 98 S.Ct. 3057 (1978). Ms. Dillard incorporates by reference the states' immunity arguments, supra.. Respondents are entitled to have claims for monetary damages dismissed pursuant to *Rule 12(b)(6), Fed.R.Civ.Proc.* for failing to state a claim upon which relief may be granted. In the alternative, Respondents

are entitled to summary judgment as a matter of law, pursuant to *Rule 56, Fed.R.Civ.Proc.*.

3. Immunity defenses protect the State from needless litigation expense. The discovery deadline in this case is April 23rd, 2008. The Board argues that they are entitled to have this case dismissed pursuant to its Motion for Summary Judgment on the State's Immunity Defense. It does not appear that either party has incurred significant discovery expense today.

    Premises considered, the Board moves the Court to "stay all discovery" pending a ruling on the States immunity to this law suit.

                      Respectfully submitted,

                      TROY KING.
                      ATTORNEY GENERAL
                      KIN047

                      GREGORY O. GRIFFIN, SR.
                      CHIEF COUNSEL
                      GRI026

                      s/STEVEN M. SIRMON
                      ASSISTANT ATTORNEY GENERAL
                      State Bar#: ASB-5949-S61S
                      Ala. Bd. Pardons and Paroles
                      P.O. Box 302405
                      Montgomery, Alabama 36130
                      Telephone: (334) 242-8700

        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kay Watson c/o Lindsey B. Erwin
    Meacham, Earley & Flower, P.C.,
    5704 Veterans Parkway
    Columbus, GA  31094

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually: (None)

Done this 8th day of April, 2008.

        Respectfully submitted,

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov