IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAY WATSON,                        )
                                   )
    Plaintiff,                     )
                                   )
                                   )     CIVIL ACTION NO.
    v.                             )      2:07cv794-MHT
                                   )
ALABAMA BOARD OF PARDONS           )
AND PAROLES and CYNTHIA            )
S. DILLARD, Executive              )
Director, in her official          )
capacity,                          )
                                   )
    Defendants.                    )
```

ORDER

It is ORDERED that the motion to stay (doc. no. 22) is set for submission, without oral argument, on April 28, 2008, with all briefs due by said date.

DONE, this the 15th day of April, 2008.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**