IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAY WATSON, | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION FILE |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | NO. 2:07-CV-794-MHT |
| AND PAROLES and CYNTHIA | ) | |
| S. DILLARD, Executive Director, | ) | |
| in her official capacity, | ) | |
|     DEFENDANTS. | ) | |

**Plaintiff's Exhibit List**

Comes now Plaintiff, by and through undersigned counsel, pursuant to the Court's Scheduling Order and submits the following Exhibit List which may be used at the trial of this case:

ADMITTED   DENIED

_____   _____   1.   Alabama Peace Officers Standards and Training Commission, Administrative Code, Chapter 650-X-4;

_____   _____   2.   Interoffice letter dated February 2, 2006 from Kay Watson to Donna Russ regarding resignation;

_____   _____   3.   Letter from Bernice Williams-Kimbrough, district director of the EEOC, to Mr. Steve Sirmon and Mrs. Kay Watson regarding mediation dated May 10, 2006;

_____   _____   4.   Mediation settlement agreement between Kay Watson and State of Alabama Department of Pardons and Parole dated May 1, 2006;

_____   _____   5.   Letter to Ms. Lee Moss from Billy Duckett regarding the Plaintiff's APOSTC certification dated November 2, 2006;

_____   _____   6.   EEOC Charge of Discrimination dated December 1, 2006;

_____   _____   7.   Letter from Mr. William C. Segrest to Mrs. Kay Watson

          regarding termination dated November 6, 2008;

_____  _____  8.  Notice of Charge of Discrimination dated December 7, 2006;

_____  _____  9.  Deposition of Billy Duckett;

_____  _____  10.  Deposition of Gregory Glaze.

Plaintiff reserves the right to amend this Exhibit List at any time to add Exhibits which may be brought to light or for impeachment purposes of a witness.

Respectfully Submitted this 15th day of May, 2008.

                                /s/ Lindsay B. Erwin
                                Lindsay B. Erwin, ASB-5299-y59e
                                Attorney for   Plaintiff

Meacham, Earley, Fowler, and Andress
1912 Opelika Road
Phenix City, Alabama  36867
(334) 448-6217

**CERTIFICATE OF SERVICE**

  I hereby certify that on the  15   day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Stephen B. Sirmon  
Assistant Attorney General  
Alabama Board of Pardons and Paroles  
P.O. Box 302405  
Montgomery, AL 36130

         Meacham Earley Fowler & Andress

           /s/ Lindsay B. Erwin
         Lindsay B. Erwin, ASB-5299-y59e
         Attorney for   Plaintiff

1912 Opelika Road  
Phenix City, AL 36867  
334 448 6217