IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAY WATSON, | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION FILE |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | NO. 2:07-CV-794-MHT |
| AND PAROLES and CYNTHIA | ) | |
| S. DILLARD, Executive Director, | ) | |
| in her official capacity, | ) | |
|     DEFENDANTS. | ) | |

**Plaintiff's Witness List**

---

Comes now Plaintiff, by and through undersigned counsel, pursuant to the Court's Scheduling Order and submits the following witnesses who may be used at the trial of this case:

1. Kay Watson, 1711 Tradition Court, Phenix City, Alabama 36867 (334) 732-2858;

2. Billy Duckett, 100 Gamecock Drive, Ft. McClellan, Alabama 36205, Director of North East Alabama Law Enforcement Academy;

3. Greg Glaze, 100 Gamecock Drive, Ft. McClellan, Alabama 36205, Instructor at the North East Alabama Law Enforcement Academy;

4. Various Board Members and/or employees of the Alabama Board of Pardon and Paroles who may have knowledge regarding the termination of Plaintiff's employment by the Board;

5. Any person identified on any other parties' witness list;

6. Any person necessary to impeach the testimony of any witness called in this action;

7. Plaintiff reserves the right to amend this Witness List at any time to add witnesses who may be brought to light or add the name(s) of any witness(es) whose name(s) may have been accidentally omitted from this list.

Respectfully Submitted this 15th day of May, 2008.

/s/ Lindsay B. Erwin
Lindsay B. Erwin, ASB-5299-y59e
Attorney for   Plaintiff

Meacham, Earley, Fowler, and Andress
1912 Opelika Road
Phenix City, Alabama  36867
(334) 448-6217

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on the __15__ day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Stephen B. Sirmon
Assistant Attorney General
Alabama Board of Pardons and Paroles
P.O. Box 302405
Montgomery, AL 36130

      Meacham Earley Fowler & Andress

      /s/ Lindsay B. Erwin
      Lindsay B. Erwin, ASB-5299-y59e
      Attorney for   Plaintiff

1912 Opelika Road
Phenix City, AL 36867
334 448 6217