IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| Kay Watson,<br>    Plaintiff, | )<br>)<br>)<br>) | |
|       Vs. | )<br>) | Case # 2:07-CV-794 |
| Alabama Board of Pardons<br>And Paroles and Cynthia<br>Dillard,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## DEFENDANT'S EXHIBITS FOR TRIAL

Comes now the Alabama Board of Pardons and Paroles
and its Executive Director, Cynthia Dillard, pursuant
to the Court's scheduling Order and submits the
following Exhibits Defendants will offer at trial:

Plaintiff's counsel does not object to this
submission. These Exhibits are the same offered in
Defendants Motion for Summary Judgment.

### Trial Exhibits

1. Alabama Peace Officer's Standard and Training
   Commission Administrative Code, Sec. 650-X-4-.04.

2. Northeast Alabama Law Enforcement Academy Memorandum to Lee Moss from Billy Duckett dated January 11th, 2006.

3. State of Alabama Probation and Parole Office, Interoffice Communication, from Kay Watson to Donna Russ dated 2-2-2006.

4. U.S. Employment Opportunity Commission Settlement Agreement sent to Steven Sirmon and Kay Watson, dated 5-10-2006.

5. Northeast Alabama Law Enforcement Academy letter to Lee Moss from Billy Duckett, dated November 2nd, 2006

6. Board of Pardons and Paroles Order, dated November 6th, 2006.

7. State of Alabama Board of Pardons and Paroles letter from William Segrest to Kay Watson, dated November 6th, 2006.

8. E.E.O.C. Charge of Discrimination (E.E.O.C. Form 5) filed by Kay Watson, dated 12-1-2006.

9. E.E.O.C. Notice of Charge of Discrimination, dated 12-7-2006.

10. Deposition of Billy Duckett.

11. Deposition of Gregory Glaze.

Defendant's reserve the right to amend this Exhibit List at any time to add Exhibits which may be brought to light or for impeachment purposes of a witness.


Respectfully Submitted,


TROY KING.
ATTORNEY GENERAL
KIN047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.sirmon@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Lindsay B. Erwin, ASB-5299-y59e, Meacham, Earley & Fowler, P.C., 1912 Opelika Road, Phenix City, Alabama 36867, Tel: (334)448-6217, Fax: (334)448-5785** (Attorney for the Plaintiff), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually: **(None).**

Done this 23rd day of May, 2008.

Respectfully submitted,

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steven.sirmon@paroles.alabama.gov