IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson,<br>    Plaintiff, | )<br>)<br>)<br>) |
| Vs. | )   Case # 2:07-CV-794 |
| Alabama Board of Pardons<br>And Paroles and Cynthia<br>Dillard,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S WITNESS LIST**

Comes now the Alabama Board of Pardons and Paroles and its Executive Director, Cynthia Dillard, pursuant to the Court's scheduling Order and submits the following witnesses who may be called at trial.

Plaintiff's counsel does not object to this submission. All these witnesses were listed on Defendant's initial disclosures to the Plaintiff.

**Potential Witnesses**

1. Nira Kay Watson, c/o Lindsay B. Erwin, Meacham, Earley & Fowler, P.c., 1912 Opelika Road, Phenix City, Alabama 36867, phone (334) 448-6217.

1

2. Sidney T. Williams, Former Chairman of Alabama Board of Pardons and Paroles, 603 W. Patton Ave., Montgomery, Alabama 36105, phone (334)281-6546.

3. VeLinda A.J. Weatherly, Member of Alabama Board of Pardons and Paroles, P.O. Box 302405, 301 South Ripley St., Montgomery, Alabama 36130, phone (334) 242-8700.

4. Robert P. Longshore, Member Alabama Board of Pardons and Paroles, P.O. Box 302405, 301 South Ripley St., Montgomery, Alabama 36130, phone (334) 242-8700.

5. Cynthia Dillard, Executive Director, Alabama Board of Pardons and Paroles, P.O. Box 302405, 301 South Ripley St., Montgomery, Alabama 36130, phone (334) 242-8706.

6. Lee Moss, Director of Training, Alabama Board of Pardons and Paroles, P.O. Box 302405, 301 South Ripley St., Montgomery, Alabama 36130, phone (334) 353-7135.

7. Phillip McIntosh, Personnel Director, Alabama Board of Pardons and Paroles, P.O. Box 302405, 301

   South Ripley St., Montgomery, Alabama 36130, phone
   (334) 242-8780.

8. Phyllis Huffman, Division Manager – Revocation
   Unit, Alabama Board of Pardons and Paroles, P.O.
   Box 302405, 301 South Perry Street, Montgomery,
   Alabama 36130, phone (334) 353-3939.

9. Phil Bryant, Division II Director – Field
   Services, Alabama Board of Pardons and Paroles,
   P.O. Box 302405, 301 South Ripley St., Montgomery,
   Alabama 36130, phone (334) 353-8768.

10.   Donna Russ, District Manager, Alabama Board of
   Pardons and Paroles, 510  13th Place, Phenix City,
   Alabama 36867, phone (334) 298-6521.

11.   Billy Duckett, Director Northeast Alabama Law
   Enforcement Academy, 100 Commandants Drive, Rm
   2148, Ft. McClellan, Alabama 36205, Phone
   (256)782-5318.

12.   Jim N. Lee, Mediator, U.S. Equal Employment
   Opportunity Commission, Ridge Park Place, 1130
   22nd Street, Suite 2000, Birmingham, Alabama
   35205, phone (205) 212-2100.

13. Bernice Williams-Kimbrough, District Director, U.S. Equal Employment Opportunity Commission, Ridge Park Place, 1130 22nd Street, Suite 2000, Birmingham, Alabama 35205, phone (205) 212-2100.

14. William C. Segrest, Former Director of Alabama Board of Pardons and Paroles, 5544 Co. Rd. 30, Shorter, Alabama 36075, phone (334)727-4228.

15. Chief R. Alan Benefield, Executive Secretary, Alabama Peace Officer's Standard and Training Commission, RSA Union Building, 100 North Union St.- Suite 600, P.O. Box 300075, Montgomery, phone (334)242-4045.

16. Charles Strowd, former Probation and Parole Officer IV, 2436 Promenade Blvd., Apt. 9, Montgomery, Alabama 36106, phone (334)271-0424.

17. Any person identified on any other parties' witness list.

18. Any person necessary to impeach the testimony of any witness called in this case.

19. Respondent reserves the right to amend this Witness List at any time to add witnesses who may be brought to light.

Respectfully Submitted,

TROY KING.
ATTORNEY GENERAL
KIN047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.sirmon@paroles.alabama.gov

5

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Lindsay B. Erwin, ASB-5299-y59e, Meacham, Earley & Fowler, P.C., 1912 Opelika Road, Phenix City, Alabama 36867, Tel: (334)448-6217, Fax: (334)448-5785** (Attorney for the Plaintiff), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually: **(None).**

Done this 23rd day of May, 2008.

Respectfully submitted,

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steven.sirmon@paroles.alabama.gov