IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON,                           )<br>                                       )<br>    Plaintiff,                        )<br>                                       )<br>    v.                                 )<br>                                       )<br>ALABAMA BOARD OF PARDONS               )<br>AND PAROLES and CYNTHIA                )<br>S. DILLARD, Executive                  )<br>Director, in her official              )<br>capacity,                              )<br>                                       )<br>    Defendants.                        ) | CIVIL ACTION NO.<br>2:07cv794-MHT |

ORDER

Based on the representations made at the pretrial on May 19, 2008, it is ORDERED that, on or before May 30, 2008, plaintiff shall file a supplemental brief addressing whether a retaliation claim based on an administrative charge of age discrimination filed with the EEOC is appropriately brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17, or the Age Discrimination in

Employment Act of 1967 (ADEA), as amended, 29 U.S.C. §§ 621-634.

DONE, this the 27th day of May, 2008.

           /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE