IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON, ) | |
|    PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION FILE |
| ) | |
| ALABAMA BOARD OF PARDONS ) | NO. 2:07-CV-794-MHT |
| AND PAROLES and CYNTHIA ) | |
| S. DILLARD, Executive Director, ) | |
| in her official capacity, ) | |
|    DEFENDANTS. ) | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Comes now, the Plaintiff, Kay Watson, by and through her attorney of record, and respectfully requests that this matter be dismissed without prejudice and for cause shows as follows:

1. That the Plaintiff wishes to dismiss this matter without prejudice.

2. Attorney for the Defendants has been contacted, but because Counsel is not able to meet with the Defendants until next Tuesday when they reconvene, he cannot either object or agree with the filing of this Motion.

Wherefore, the premises considered, Plaintiff respectfully requests that this Court dismiss this action without prejudice, costs as paid.

Respectfully submitted this 30 day of May, 2008.

                                          MEACHAM EARLEY FOWLER & ANDRESS

                                          */s/ Lindsay B. Erwin*
                                          Lindsay B. Erwin, ASB-5299-y59e
                                          Attorney for the Plaintiff

1912 Opelika Road
Phenix City, AL 36867
Tel: 334 448 6217
Fax: 334 448 5785

## CERTIFICATE OF SERVICE

      I hereby certify that on the __30__ day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Stephen B. Sirmon
Assistant Attorney General
Alabama Board of Pardons and Paroles
P.O. Box 302405
Montgomery, AL 36130


Meacham Earley Fowler & Andress


    /s/ Lindsay B. Erwin
Lindsay B. Erwin, ASB-5299-y59e
Attorney for Plaintiff

1912 Opelika Road
Phenix City, AL 36867
334 448 6217