IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv794-MHT |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES and CYNTHIA ) | |
| S. DILLARD, Executive ) | |
| Director, in her official ) | |
| capacity, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Counsel for defendants having orally informed the court that defendants object to the dismissal of this case <u>without prejucice</u>, it is ORDERED that plaintiff's motion to dismiss without prejudice (Doc. No. 32) is set for submission, without oral argument, on July 11, 2008, with all briefs due by said date.  In their briefs, the parties are to address what the law is on when a plaintiff may dismiss a case without prejudice.

It is further ORDERED that all other outstanding motions are denied with leave to renew.

DONE, this the 26th day of June, 2008.


   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**