IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson, )<br>   Petitioner, )<br>)<br>      Vs. )<br>)<br>Alabama Board of Pardons )<br>And Paroles and Cynthia )<br>Dillard, )<br>   Respondents. )<br>) | Case # 2:07-CV-794 |

**RENEWED MOTION TO DISMISS**

Come now the Alabama Board of Pardons and Paroles (hereafter "the Board") and its Executive Director, Cynthia Dillard (hereafter "Ms. Dillard"), and shows the Court as follows:

1. Defendants renew, and incorporate by reference herein, those arguments in its previously filed Motion to Dismiss and its Motion for Summary Judgment, filed on February 19, 2008 [Doc. 13]. Defendants are entitled to have this matter dismissed *with prejudice*.

2. Defendants enjoy Eleventh Amendment immunity, which is immunity from suit. Eleventh

1

      Amendment immunity is an entitlement afforded the Defendants that prevents undue prejudice of a substantial right afforded under Eleventh Amendment to the U.S. Constitution. This alone constitutes plain prejudice to defeat Plaintiff's motion for voluntary dismissal without prejudice, *Doster v. Jones*, 60 F. Supp. 2d 1258 (11th Cir. 1999).

3. Plaintiff makes only a blind allegation that the Defendants took an adverse employment action against her due to her age. The Defendants have denied Plaintiff's allegations and presented a legitimate business reason for their actions. Plaintiff has failed to offer anything to the contrary. The Defendants are entitle to have this matter dismissed with prejudice as a matter of law.

4. The law is well settled in the *Kimel v. Florida Board of Regents et al., 528 U.S. 62 (2000)* and *Raygor v. Regents of the University of Minnesota, 534 U.S. 533 (2002)* cases that the ADEA does not abrogate the Eleventh

Amendment immunity afforded to non-consenting states. Alabama does not and cannot consent to be sued, *Alabama v. Pugh, 438 U.S. 781, 98 S.Ct. 3057 (1978).*

**WHEREFORE THE PREMISES CONSIDERED**, this action is due to be ***DISMISSED, WITH PREJUDICE***, under the Eleventh Amendment to the U.S. Constitution. Defendants are entitled to judgment as a matter of law.

>Respectfully submitted,
>
>GREGORY O. GRIFFIN, SR.
>CHIEF COUNSEL
>GRI026
>
>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kay Watson
> c/o Lindsey B. Erwin
> Meacham, Earley & Flower, P.C.,
> 5704 Veterans Parkway
> Columbus, GA  31094

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually: (None)

Done this **11th** day of **July, 2008.**

    Respectfully submitted,

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Fax: (334) 353-4423
    Steve.Sirmon@alabpp.gov