**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 14, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Watson v. Alabama Board of Pardon & Paroles et al

Case Number:   2:07cv00794-MHT

Referenced Pleading:   Answer to Complaint (Motion for Summary Judgment)

Docket Entry Number:   35

**The referenced pleading was filed on \*\*\*July 11, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Docket Entry 35 was an erroneous duplicate docket entry. Parties are instructed to disregard #35 docketing entry.**