IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kay Watson, ) | |
|    Petitioner, ) | |
| ) | |
|      Vs. ) | Case # 2:07-CV-794 |
| ) | |
| Alabama Board of Pardons ) | |
| And Paroles and Cynthia ) | |
| Dillard, ) | |
|    Respondents. ) | |
| ) | |

**RENEWED MOTION FOR SUMMARY JUDGMENT**

Come now the Alabama Board of Pardons and Paroles (hereafter "the Board") and its Executive Director, Cynthia Dillard (hereafter "Ms. Dillard"), and shows the Court as follows:

1. Defendants renew, and incorporate by reference herein, those arguments in its previously filed Motion to Dismiss and its Motion for Summary Judgment, filed on February 19, 2008 [Doc. 13]. Defendants are entitled to summary judgment in this matter and to have it dismissed *with prejudice*.

1

2. Plaintiff has failed to set forth facts upon which relief may be granted. Plaintiff makes a blind allegation that the Defendants took an adverse employment action against her based on her age. The Defendants have denied the allegations and supported that denial with a legitimate business reason employment action taken. Plaintiff has failed to offer anything showing that the Defendants actions were anything other than a legitimate business reason.

3. Plaintiff attempts to support her age discrimination claim under Title VII. Plaintiff brought this action under the Age Discrimination statutes which were not abrogated by Congress to pierce the Defendant's Eleventh Amendment immunity. Title VII is not applicable in this action.

4. Defendants moves for the Court to grant it motion for summary judgment to avoid undue prejudice of a substantial right afforded under Eleventh Amendment to the U.S.

      Constitution. This alone constitutes plain prejudice to defeat Plaintiff's motion for voluntary dismissal without prejudice, *Doster v. Jones*, 60 F. Supp. 2d 1258 (11th Cir. 1999).

5. It appears Plaintiff seeks dismissal *without prejudice* for the purpose of bringing another action concerning the same set of facts against the Defendants. Plaintiff could have brought all her claims in this action and now seeks a dismissal without prejudice to avoid being precluded from filing another action concerning the same facts, prejudicing the Defendants – time and expense of further litigation.

6. Plaintiff makes only a blind allegation that the Defendants took an adverse employment action against her due to her age. The Defendants have denied her allegations and presented a legitimate business reason for their actions. Plaintiff has failed to offer anything to the contrary. The Defendants are

entitled to summary judgment as a matter of law.

**WHEREFORE THE PREMISES CONSIDERED**, the Defendants are entitled to summary judgment and to have this matter ***DISMISSED, WITH PREJUDICE***, under the Eleventh Amendment to the U.S. Constitution.  Defendants are entitled to judgment as a matter of law.

    Respectfully submitted,

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL
    GRI026

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Fax: (334) 353-4423
    Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kay Watson
>c/o Lindsey B. Erwin
>Meacham, Earley & Flower, P.C.,
>5704 Veterans Parkway
>Columbus, GA  31094

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually: (None)

Done this **11th** day of **July, 2008**.

>Respectfully submitted,
>
>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov