```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


KAY WATSON,                        )
                                   )
     Plaintiff,                    )
                                   )      CIVIL ACTION NO.
     v.                            )        2:07cv794-MHT
                                   )            (WO)
ALABAMA BOARD OF PARDONS           )
AND PAROLES and CYNTHIA            )
S. DILLARD, Executive              )
Director, in her official          )
capacity,                          )
                                   )
     Defendants.                   )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

  (1) Plaintiff Kay Watson's motion to dismiss without prejudice (Doc. No. 32) is granted.

  (2) This cause is dismissed without prejudice on the condition that, if plaintiff Watson files a future action based on, or including, the same claim against either of, or both, defendants

Alabama Board of Pardons and Paroles and Cynthia S. Dillard, plaintiff Watson shall pay all the costs incurred by said defendants in this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of July, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**