IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON,                       )<br>                                   )<br>    Plaintiff,                    )<br>                                   )<br>    v.                             )<br>                                   )<br>ALABAMA BOARD OF PARDONS           )<br>AND PAROLES and CYNTHIA            )<br>S. DILLARD, Executive              )<br>Director, in her official         )<br>capacity,                          )<br>                                   )<br>    Defendants.                    ) | CIVIL ACTION NO.<br>2:07cv794-MHT<br>(WO) |

ORDER

It is ORDERED that all motions still pending are denied as moot.

DONE, this the 25th day of July, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE