IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAY WATSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv794-MHT |
| ) | (WO) |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES and CYNTHIA ) | |
| S. DILLARD, Executive ) | |
| Director, in her official ) | |
| capacity, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that all motions still pending are denied as moot.

DONE, this the 25th day of July, 2008.

                        /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE